IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 13-cr-30200-MJR |
| | ) |
| HARRY A. HALTER, JR., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is an administrative matter pertaining to restitution. On January 9, 2014, the Defendant was ordered to pay $19,057 restitution to the Village of Alorton and $128,719 restitution to the Internal Revenue Service (Doc. 18). The parties agreed, and the Court ordered, that $12,340.00 seized by the FBI during the course of the investigation would be transferred to the District Court Clerk to be paid towards restitution owed to the Village of Alorton (Doc. 20).

It is therefore **ORDERED, ADJUDGED AND DECREED** that the Federal Bureau of Investigation shall transfer, and the US District Clerk shall accept, the sum of $12,340.00 seized by the FBI during the course of the investigation to be applied towards restitution owed to the Village of Alorton.

**IT IS SO ORDERED:**
Dated this 22 day of January, 2014.

_____
Honorable Michael J. Reagan
United States District Judge